IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS L. MCCANTS,

        Petitioner,        JUDGMENT IN A CIVIL CASE

v.        Case No. 11-cv-16-wmc

WILLIAM POLLARD,

        Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent William Pollard, denying petitioner Thomas L. McCants petition for a writ of habeas pursuant to 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 12/04/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |