IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS L. MCCANTS,

Petitioner,

v.

Case No. 11-CV-16-wmc

WILLIAM POLLARD,

Respondent.

NOTICE OF APPEAL

Notice is hereby given that Thomas L. McCants, the Petitioner in the above captioned case, by the undersigned attorney, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on December 4, 2013, dismissing his petition for writ of habeas corpus (sec. 2254), a civil case, and from all other final orders in this case.

Petitioner will file a separate application for a certificate of appealability in the court of appeals.

Dated this 2nd day of January 2014.

/s/ Robert T. Ruth
Robert T. Ruth
Bar # 01021445

Robert T. Ruth Law Offices, S.C.
7 N. Pinckney St., #240
Madison, WI  53703
(608)257-2540

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the Notice of Appeal on the

Respondent, a CM/ECF participant, by uploading said document on CM/ECF.

Dated this 2nd day of January 2014.

Respectfully submitted,

/s/ Robert T. Ruth
Robert T. Ruth